**ATLANTIC TRANSPORT COMPANY, Appellant, v. Harry M. DURNING, Collector of Customs, Port of New York, Appellee.**

No. 382.

Circuit Court of Appeals, Second Circuit.

Aug. 1, 1938.

John M. Lyons, of New York City (Roger O'Donnell, of Washington, D. C., of counsel), for appellant.

Lamar Hardy, U. S. Atty., of New York City (George B. Schoonmaker, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed on the authority of Lancashire Shipping Co., Ltd., v. Durning, 2 Cir., 98 F.2d 751, handed down herewith.